**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THEODORE A. ANDERSON,
ADC #138956                                                                                       PLAINTIFF

V.                                          5:11CV00100 SWW/JTR

CONNIE HUBBARD, LPN,
Correctional Medical Services, Inc., et al.                                           DEFENDANTS

**ORDER**

On June 24, 201, the Court entered an Order adopting the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. *See* docket entries #9 and #13. In that Order, the Court inadvertently directed that service on separate Defendant Larry Norris be sent to the Humphries and Lewis law firm, instead of the ADC Compliance Division.

IT IS THEREFORE ORDERED THAT the June 24, 2011 Order is MODIFIED ONLY to the extent that the U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, and June 24, 2011 Order on separate Defendant Larry Norris through the ADC Compliance Division, without prepayment of fees and costs or security therefor.

1

Dated this 27th day of June, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE