# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

THEODORE A. ANDERSON,
ADC #138956                                                                    PLAINTIFF

V.                           5:11CV00100 SWW/JTR

CONNIE HUBBARD,
Correctional Medical Services, Inc.                                            DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant Hubbard's Second Motion for Summary Judgment (docket entry #89) is GRANTED, and Plaintiff's claims against her are DISMISSED, WITH PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in*

*forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 12th day of December, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
