# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

THEODORE A. ANDERSON,
ADC #138956                                                                                          PLAINTIFF

V.                              5:11CV00100 SWW/JTR

CONNIE HUBBARD,
Correctional Medical Services, Inc.                                                     DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED and Judgment is entered in favor of Defendants. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 12th day of December, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE